# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| **8/1/25** |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___MRV___ DEPUTY |

PACTS No: 10185773

## Passport Receipt

Defendant Name: Erin Escobar

Name on passport, if different: Erin Petra Escobar

Country of Origin: United States

Ordered by court in the Central District of California

Docket Number: 2:25-MJ-04444-1

U.S. Probation & Pretrial Services
Los Angeles - Roybal

Michael Hernandez _____
Surrendered By

07/31/2025 _____
Date

Maria Guerrero _____
Received By

07/31/2025 _____
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned _____

Address (if mailed) _____

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726 phone, 213-894-0231 fax