# EXHIBIT A

# FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

| CASE NUMBER F25090154561 / 25026699D | Occur Date Span | Occur Time Span | Report Date | Report Time |
|---|---|---|---|---|
| ☐ Follow – Up Report | 07/17/2025thru07/17/2025 | 13:12thru14:00 | 07/17/2025 | 13:19 |

**A**

| Code | Type of Offense or Incident | Arrive Date | Arrive Time |
|---|---|---|---|
| | Assault Offenses: Simple Assault | 07/17/2025 | 13:19 |

| Building No. | Address | Rtn to Svc Dt | Rtn to Svc Tm |
|---|---|---|---|
| CA0283 | 255 E. TEMPLE STREET, LOS ANGELES, CA 90012 | 07/17/2025 | 14:13 |

| Incident Location | Agency Name | Agency Code |
|---|---|---|
| | DHS FEDERAL PROTECTIVE SERVICE (FPS); DHS-CBP FIELD OPERATIONS FACILITIES | 7056; 7071 |

Est Num Dem ☐ 1-10 ☐ 11-50 ☐ 51-100 ☐ 101-300 ☐ 301-500 ☐ 500+ Est Num Evc ☐ 1-10 ☐ 11-50 ☐ 51-100 ☐ 101-300 ☐ 301-500 ☐ 500+

**NARRATIVE**
SEE NARRATIVE CONTINUATION

**INVOLVED PERSON** X Victim ☐ Witness ☐ Suspect ☐ Subject ☐ Report Person X Govt' Empl ☐ Govt' Cont ☐ Other ☐ Missing Person

**B**

| No. | Name (last, first, middle) | Alias | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted], [redacted] | | [redacted]1968 | M | | 65 | | Brown | |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | United States of America |

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| | | [redacted] | American | | |

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|
| | | | | |

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|
| DHS FEDERAL PROTECTIVE SERVICE (FPS) | LOS ANGELES | CA | 90012 | |

**INVOLVED PERSON** X Victim ☐ Witness ☐ Suspect ☐ Subject ☐ Report Person X Govt' Empl ☐ Govt' Cont ☐ Other ☐ Missing Person

**B**

| No. | Name (last, first, middle) | Alias | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| 2 | [redacted], [redacted] | | | | | | | | |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | | | | United States of America |

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| | | | | | |

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|
| | | | | [redacted] |

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|
| DHS FEDERAL PROTECTIVE SERVICE (FPS) | Fairmont | WV | 26554 | |

**VEHICLE** ☐ Stolen ☐ Damaged ☐ Recovered ☐ Lost/Missing ☐ Suspect ☐ Other ☐ Govt ☐ Evidence

**C**

| No. | License No | State | Reg Yr | Make | Model | Veh Yr | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| R/O Name (last, first, middle) | Color | VIN | NCIC Number |
|---|---|---|---|
| | | | |

| R/O Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | | | | |

**PROPERTY** ☐ Stolen ☐ Damaged ☐ Recovered ☐ Suspect ☐ Found ☐ Other ☐ Govt ☐ Evidence ☐ Weapon

**D**

| No. | Type: Description: | Make | Model | Color |
|---|---|---|---|---|
| | | | | |

| Owner Name (first, last, middle) | Serial Number | Value | NCIC Number |
|---|---|---|---|
| | | | |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | | | | |

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| [redacted] [redacted] | 07/25/2025 14:59 | [redacted] [redacted] [redacted] | 07/28/2025 14:38 |

Distribution: ☐ Investigations ☐ AUSA ☐ Local Prosecutor ☐ RO ☐ Other

Case Status: ☐ Open ☐ Closed ☐ Unfounded

** FOR OFFICIAL USE ONLY **



Generated by: Thomas J Smith on 07/31/2025 09:20

# FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

| INVOLVED PERSON | | Victim | | Witness | | Suspect | X | Subject | | Report Person | | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**B**

| No. | Name (last, first, middle) | Alias | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| 3 | GUTIERREZ, NICK ELIAS | | [redacted]/2005 | M | U | 71 | 225 | Brown | Black |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | United States of America |

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | Mexican | United States | |

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|
| | Yes | | | |

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|
| | | | | |

| INVOLVED PERSON | | Victim | | Witness | | Suspect | X | Subject | | Report Person | | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**B**

| No. | Name (last, first, middle) | Alias | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ESCOBAR, ERIN PETRA | | [redacted]/1990 | | | 63 | 128 | Brown | Brown |

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | United States of America |

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | | | |

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|
| | Yes | | | |

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|
| | | | | |

Narrative Continuation

On July 17, 2025, I, Inspector B[redacted] M[redacted] #9[redacted], Federal Protective Service (FPS) Law Enforcement Specialist (LES) Inspector/ Officer while in uniform and clearly identifiable as a federal law enforcement officer, per 40 USC 1315 and on duty.

On this date at about 1312 hours, I was assigned in the SKIP JACK OPERATION, working the front entrance of the Roybal Courthouse and Federal Building, 255 N. Alameda Street, Los Angeles. The Roybal Federal building located at 255 N. Alameda Street is a Facility Security Level Four. The property is under authority of the General Services Administration (GSA), where rules governing conduct on such property are posted at the public entrance. All times and measurements are approximate.

At about 1312 hours, FPS observed a Male Hispanic (MH) writing on the control box for the wedge barrier system with what looked like a black sharpie marker located in front of 255 Temple St. Personnel entrance gates. The MH described as about 6 feet, wearing a black helmet, black face mask, black jacket, with black pants.

The aforementioned SUBJECT was observed damaging federal property by using what looked like a black sharpie marker writing tool and writing on the gate box located on the driveway adjacent to Alameda Street. SUBJECT had

been seen by FPS Officers numerous times tagging the control boxes and the sidewalk Infront of the Roybal Courthouse and Federal Building.

The SUBJECT was later identified as ERIN PETRA ESCOBAR, DOB: [redacted]-1990, SSN [redacted], CDL [redacted] As FPS Officers walked towards ESCOBAR to apprehend him, he saw FPS Officers walking quickly towards hm, he ran to the other side of Alameda Street, attempted to flee and was seen going inside the tent. FPS Officers followed and observed ESCOBAR changing his appearance by taking off his helmet, face mask and jacket to conceal his identity and possibly avoid arrest.

FPS Officers identified ESCOBAR as the individual responsible for the graffiti and vandalism of Federal property. FPS Officers struggled to apprehend ESCOBAR inside the tent due to numerous and unknown subjects attempting to pry him away from the FPS team. ESCOBAR fled on foot northbound on Alameda Street towards Commercial Street. FPS Officers apprehended ESCOBAR in the middle of the street following a struggle.

While providing security, an unknown Hispanic female who was grabbing and pulling onto ESCOBARs backpack to avoid his arrest. I attempted to loosen her hold by using my hands in a downward motion but was unsuccessful. I then took her arm that she was using to hold onto ESCOBAR to separate her from the arrest FPS team. As her hold was separated, she dropped her weight, and I let go of her arm. However, an unknown black female wearing a yellow shirt with pink pants came towards me and pushed me on my chest.

At this moment, I observed a MH about 6 feet tall, wearing a black polo, white shirt, gray camouflage pants walking aggressively towards me. He placed down a bull horn that he was holding and ran quickly towards me with a clenched fist and yelling that he was going to, "beat your ass." The SUBJECT was later identified as NICK ELIAS GUTIERREZ, DOB: [redacted]-2005, CDL [redacted].

As GUTIERREZ walked fast purposely towards me, I observed him cocking his clenched fist as if he was going to punch me. I extended my left hand to protect myself from being assaulted, as he grabbed a hold of my uniform. At this time, I grabbed GUTIERREZ shirt with my left hand to keep my balance and was yelling at him to stop. GUTIERREZ did not comply to my commands and continued to push me and yell in my face stating that he was going to, "Beat your ass." As GUTIERREZ and I wrestled by holding to each other's clothing, I felt I was overpowered by his size and weight. I attempted to push him back, however, due to his size, I was unable to have a positive control of GUTIERREZ. As I

struggled to control GUTIERREZ, I observed Inspector [redacted] #9[redacted] and R[redacted] S[redacted] #3[redacted] come to my right side to aid me.

Inspector C[redacted] grabbed onto GUTIERREZ and used a leg sweep to get GUTIERREZ off balance while Inspector S[redacted] grabbed onto GUTIERREZ back side to pull him down onto the asphalt. As GUTIERREZ continued to resist by fighting and not cooperating with commands, Inspectors C[redacted], S[redacted] and I fell to the ground with GUTIERREZ. While all of this was happening, Alameda Street was very busy with vehicles travelling in both directions and were within feet of the FPS Officers who were on the asphalt, struggling to subdue GUTIERREZ.

FPS officers and I were located on Alameda Street which is a busy six lane asphalt road in the middle of downtown Los Angeles. This is where FPS Officers and I struggled to detain GUTIERREZ. During the struggle with the GUTIERREZ, GUTIERREZ and FPS Officers fell on the asphalt street causing significant injury to Inspector S[redacted] left hand. I, myself, fell to my knees causing injury (photos attached). It took five FPS Inspectors to subdue GUTIERREZ on the asphalt in the middle of the busy Alameda Street where multiple vehicles were present and moving within feet of the arresting officers and demonstrators who were interfering with the arrests.

While on the asphalt with GUTIERREZ, he was eventually rolled onto his back, but GUTIERREZ managed to kick me. GUTIERREZ kicked me on my chest and face, and I fell backwards. I observed GUTIERREZ overpower Inspector C[redacted] at one point, GUTIERREZ was on top of him laying on his chest. While GUTIERREZ was on Inspector C[redacted]s chest, Inspector S[redacted] and I pulled G[redacted] off of Inspector C[redacted] by the shoulders, Inspector S[redacted] attempted to break his fall with his left hand and dislocated his left ring finger. At that time, Inspector S[redacted] disengaged from actively arresting GUTIERREZ and went to seek medical attention where US Navy Hospital Mate (HM) 3 A[redacted] H[redacted] later reset his finger back to its original state.

During this violent struggle to arrest GUTIERREZ, he was rolled over to his stomach for FPS to place handcuffs on him. While GUTIERREZ was actively resisting, my pistol holster broke off my duty belt; the weapon was secured by FPS immediately. GUTIERREZ continued to actively resist by flailing and pulling both his arms to avoid being handcuffed.

Inspector N[redacted] A[redacted] #9[redacted] also assisted and grabbed onto GUTIERREZ right arm, and I was able to place handcuffs onto his right wrist. However, GUTIERREZ continued to resist, and Inspector E[redacted] N[redacted] #7P775 who also assisted deployed his issued OC spray to GUTIERREZ face with no avail while Area Commander (AC) J[redacted] R[redacted] #9[redacted] held onto GUTIERREZ legs to avoid FPS being kicked again. Due to not receiving a response from the

use of [redacted]'s OC Spray, He deployed his issued taser by Drive Stunning GUTIERREZ on his back while he actively resisted.

FPS eventually controlled GUTIERREZ; however, it took five FPS personnel to control him. Both GUTIERREZ and ESCOBAR were escorted by AC [redacted] and Inspector [redacted] D[redacted] S[redacted] in the Roybal Federal Building Loading dock where he was treated and decontaminated for being exposed to OC spray. GUTIERREZ was decontaminated by [redacted] and D[redacted] S[redacted] by applying water to the bridge of his nose to flush out both eyes. GUTIERREZ was provided medical care for his OC exposure by Los Angeles Fire Department (LAFD) and was escorted to and treated in the University of Southern California (USC) medical center. GUTIERREZ was treated and released for booking.

Inspector [redacted] was also transported to USC medical center to get further treatment for his dislocated left ring finger. I sustained bruising and scrapes injuries on both knees during the struggle on the ground attempting to subdue and arrest GUTIERREZ.

A wants and warrants check were conducted on GUTUIERREZ with no active warrant return. (see attachment)

GUTIERREZ and ESCOBAR were later transported to Bureau of Prison (BOP) and was booked and charged for 18 USC 111, Assaulting, resisting or impeding federal officer.

FPS Officers identified ESCOBAR as the individual responsible for the graffiti and vandalism of Federal property. FPS Officers struggled to apprehend ESCOBAR inside the tent due to numerous and unknown subjects attempting to pry him away from the FPS team. ESCOBAR fled on foot northbound on Alameda Street towards Commercial Street. FPS Officers apprehended ESCOBAR in the middle of the street following a struggle.

While providing security for the FPS arrest team, an unknown Hispanic female who was grabbing and pulling onto ESCOBARs backpack to assist with avoiding arrest. I attempted to loosen her hold by using my hands in a downward motion but was unsuccessful. I then took her arm that she was using to hold onto ESCOBAR to separate her from the FPS arrest team. As her hold was separated, she dropped her weight, and I let go of her arm. However, an unknown black female wearing a yellow shirt with pink pants came towards me and pushed me on my chest.