# EXHIBIT B


FUCK
ICE