# EXHIBIT D

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854

**CUAUHTEMOC ORTEGA**
*Federal Public Defender*
**AMY M. KARLIN**
*Chief Deputy*
**C. PAMELA GÓMEZ**
*Capital Habeas Chief*
**LISA LABARRE**
*Los Angeles Trial Chief*

**KELLEY MUNOZ**
*Santa Ana Branch Chief*
**ANGELA VIRAMONTES**
*Riverside Branch Chief*
**MARGARET A. FARRAND**
*Appeals Chief*
**JONATHAN C. AMINOFF**
*Non-Capital Habeas Chief*
**NEHA CHRISTERNA**
*Collaborative Courts Chief*

Direct Dial: (213) 894-[redacted]

January 17, 2026

Patrick Kibbe
Assistant United States Attorney
312 North Spring Street Ste. 1200
Los Angeles, CA 90012

Email:[redacted]

Re: United States v. Erin Petra Escobar, 2:25-cr-00656-AB

Dear AUSA Kibbe:

Please find attached my twelfth through seventeenth discovery requests in this matter. (The first 11 requests were conveyed by correspondence dated August 15, 2025.)

Please consider this request to be a continuing one. See Fed.R.Crim.P. 16(c). Also, so that defense may have an adequate opportunity for investigation and preparation, I request that this discovery be provided at the earliest feasible opportunity.

As part of my obligation to confer with you per Rule 16.1 of the Federal Rules of Criminal Procedure, I request that any documentary discovery you submit to me is: accompanied with a discovery letter describing what it is that you are disclosing; Bates stamped; OCR-ed; and the Bates series title is not my client's name.

If any discovery production is encrypted, please provide the encryption password within your discovery letter. Please cc my assistant, Victoria_Loza@fd.org, on all production correspondence, including any invitations to USAfx.

My specific further requests are as follows:

XII. Photographs and Other Records Relating to Alleged Vandalism:

A. All photographs, video recordings, and other such records relating to Ms. Escobar's alleged vandalism on bollards, electrical boxes, parking barrier gates, etc. Previously produced discovery, Bates No. 47, contains an interview with Area Commander Daniel Dick of FPS, who states he and others took photographs and possibly made other recordings of the alleged depredation of federal property in this case.

XIII. Materials Relating to the Status of the "Parking Barrier Gate" as Federal Property:

A. The Indictment alleges Ms. Escobar committed depredation of property against "a parking barrier gate of the Edward R. Roybal Federal Building . . . ." Count IV. Please provide all maps, documents, depictions, records, or other documents in the actual or constructive possession of the prosecution team relating to this gate's location on or off federal property, and its status as federal or other property. In particular, the defense requests "books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items," in your custody and control relating to the parking barrier gate that are "material to preparing the defense," or that you intend to use in your case-in-chief at trial. See Fed. R. Crim. P. 16(a)(1)(E).

XIV. Discovery Relating to Mitigation or Abatement Costs In Connection With Count IV:

A. All receipts, invoices, accounts, reports, and records, of whatever kind, relating to the cost of cleaning up, mitigating, abating, or otherwise addressing any damage caused or alleged to be caused by Ms. Escobar in connection with Count IV.

XV. Names and Contact Information of Any Witnesses In Connection with Counts I and IV:

A. Name and contact information, or any other relevant and discoverable information regarding, percipient witnesses as to Counts I and IV that the government may possess or come to possess that have not already been provided.

XVI. Discovery Pertaining to DNA Analysis:

A. To the extent the government/prosecution team conducted DNA analyses in connection with Count I or IV, and any and all records, reports, etc. relating to those analyses.

XVII. <u>Property Records, Inventories, etc. Relating to Ms. Escobar's Arrest</u>

A. All records in the possession of the prosecution team and/or the Metropolitan Detention Center (MDC), and any/all arresting agencies, inventorying, recording, or otherwise depicting or memorializing property that was found on Ms. Escobar's person or otherwise associated with her by the prosecution team on or after July 17, 2025, and particularly any such records that may have been created incident to her arrest, booking, and detention at MDC.

Please let me know at your earliest convenience whether the Government will comply with, or object to, these discovery requests, or whether the Government will seek a continuance in order to comply with its discovery obligations. I appreciate your prompt provision of discovery so we may more quickly investigate this case and intelligently consider any plea offer you may make. If any part of this is unclear, please contact me so that we may discuss it.

Sincerely,

*/s/ Samuel Cross*

Samuel Cross
Deputy Federal Public Defender