**DECLARATION OF SAMUEL CROSS**

I, Samuel Cross, declare:

1.     I am an attorney with the Office of the Federal Public Defender for the Central District of California.  I am licensed to practice law in the State of California and I am admitted to practice in this Court.  If called as a witness, I would testify under oath to the following, based upon personal knowledge unless otherwise indicated.

2.     I represent Erin Escobar in the matter of United States v. Erin Petra Escobar, 2:25-cr-00656-AB (C.D. Cal.).

3.     On March 20, 2026, I conferred with counsel for the United States in this matter, Assistant United States Attorney Lloyd Masson, by telephone.  Mr. Masson indicated that the United States does not oppose ex parte filing of the attached Application, but opposes the relief it requests (the striking of the government's Response to Ms. Escobar's Motion in Limine).

4.     I emailed Carlos Iriarte, CJA counsel representing Mr. Gutierrez, the codefendant in this matter, regarding my Application and his position on it.  I understand Mr. Iriarte to be out of the office today on prescheduled leave.  I have not as of the time of this filing received a response from Mr. Iriarte.

5.     I received an email notice via the Court's CM/ECF docketing system reflecting the filing of the government's Response.  I received this email notice at 11:16 p.m. on Thursday, March 19, 2026.  In my experience using the CM/ECF system in various capacities since 2014, the system usually sends such notice emails within a few minutes of a document's electronic filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2026, at Long Beach, California.

/s/ Samuel Cross                          .
SAMUEL CROSS

1