Carlos N. Iriarte (State Bar No. 187327)
Law Office of Carlos N. Iriarte
714 W. Olympic Boulevard, Suite 718
Los Angeles, California 90015
(213) 746-6644
(213) 746-4435 Facsimile
carlosn.iriarte@gmail.com

Attorney for Defendant
NICK ELIAS GUTIERREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ERIN PETRA ESCOBAR & NICK ELIAS GUTIERREZ,<br><br>            Defendants. | 25-CR-00656-AB-2<br><br>DEFENDANT GUTIERREZ'S NOTICE OF JOINDER |

TO THE HONORABLE ANDRE BIROTTE JR. & UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Defendant NICK E. GUTIERREZ ("Gutierrez") provides notice of his Joinder to Codefendant Escobar's Proposed Jury Instructions [Docket 58].

DATED: March 24, 2026                    Respectfully submitted,


_Carlos N. Iriarte_____
Carlos N. Iriarte
Attorney for Defendant
NICK E. GUTIERREZ