TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
WILLIAM KANELLIS (Cal. Bar No. Pending)
LLOYD MASSON (Cal Bar No. 270182)
Assistant United States Attorneys
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 453-8455/(213) 894-6947
Facsimile: (213) 894-0141
E-mail: William.Kanellis@usdoj.gov
Lloyd.Masson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIN PETRA ESCOBAR and
NICK ELIAS GUTIERREZ,

Defendant.

No. 2:25-CR-00656-AB

GOVERNMENT'S TRIAL EXHIBIT LIST

Date: March 3, 2026
Time: 9:00 a.m.
Location: Courtroom of the Hon. Andre Birotte

**EXHIBIT LIST**

The government hereby respectfully submits its Exhibit List and Exhibits at the hearing before the Court on March 30, 2026 as follows:

| EXHIBIT | DESCRIPTION | DOC ID |
|---|---|---|
| 1A | Roybal Surveillance Video | Govt. Exh. 1 |
| 1B | Roybal Surveillance Video | Govt. Exh. 1 |
| 1C | Roybal Surveillance Video | Govt. Exh. 1 |
| 1D | Roybal Surveillance Video | Govt. Exh. 1 |
| 1E | Roybal Surveillance Video | Govt. Exh. 1 |
| 1F | Roybal Surveillance Video | Govt. Exh. 1 |
| 1G | Roybal Surveillance Video | Govt. Exh. 1 |
| 1H | Roybal Surveillance Video | Govt. Exh. 1 |
| 1I | Roybal Surveillance Video | Govt. Exh. 1 |
| 1J | Roybal Surveillance Video | Govt. Exh. 1 |
| 1K | Roybal Surveillance Video | Govt. Exh. 1 |
| 1L | Roybal Surveillance Video | Govt. Exh. 1 |
| 1M | Roybal Surveillance Video | Govt. Exh. 1 |
| 1N | Roybal Surveillance Video | Govt. Exh. 1 |
| 2 | Cellphone Footage by Jeffrey Arnold | Govt. Exh. 2 |
| 3 | Roybal Photographs | Govt. Exh. 3 |
| 4 | Roybal Photographs | Govt. Exh. 4 |
| 5 | Roybal Photographs | Govt. Exh. 5 |
| 6 | Roybal Photographs | Govt. Exh. 6 |
| 7 | Roybal Photographs | Govt. Exh. 7 |
| 8 | Roybal Photographs | Govt. Exh. 8 |
| 9 | Roybal Photographs | Govt. Exh. 9 |
| 10 | Roybal Photographs | Govt. Exh. 10 |

| | | |
|---|---|---|
| 11 | Roybal Photographs | Govt. Exh. 11 |
| 12 | Roybal Photographs | Govt. Exh. 12 |
| 13 | Escobar Inventory | Govt. Exh. 13 |
| 14 | Stubbs Medical Record | Govt. Exh. 14 |
| 15 | Photo of Defendants | Govt. Exh. 15 |
| 16 | Photo of Stubbs Finger | Govt. Exh. 16 |
| 17 | Escobar Threat Messages | Govt. Exh. 17 |
| 18 | Pedagogical Exhibit | Govt. Exh. 18 |

Dated: March 25, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/*

WILLIAM KANELLIS
LLOYD MASSON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA