EXHIBIT A



**Los Angeles Times**

Politics >  |  Trump Administration   California Politics   L.A. Politics

POLITICS

# DHS attorney said agents in Los Angeles should have 'started hitting' protesters, emails show

L.A. sheriff's deputies walk past graffiti on the Edward R. Roybal Federal Building after an anti-ICE protest in downtown Los Angeles in June of 2025.  (Carlin Stiehl / Los Angeles Times)



**By Andrea Castillo**
Staff Writer  |  𝕏 Follow

March 27, 2026 3 AM PT

- After an anti-ICE protest last June, the top Homeland Security attorney also said federal agents should have arrested 'everyone that couldn't get away.'
- His comments were obtained by the nonprofit watchdog American Oversight through the Freedom of Information Act.

WASHINGTON — A lead attorney for the Department of Homeland Security suggested that federal agents should have "just started hitting the rioters and arresting everyone that couldn't get away" during an anti-ICE protest in Los Angeles last June, internal emails show.

The note was in an email chain obtained by the nonprofit watchdog group American Oversight through the Freedom of Information Act and shared exclusively with The Times.

In it, attorneys for Homeland Security appear to be discussing the June 9 lawsuit filed by California Gov. Gavin Newsom over President Trump's deployment of thousands of California National Guard troops to Los Angeles.



**POLITICS**

**Trump pulls back National Guard from L.A. and other cities, Newsom claims win**

Dec. 31, 2025

Under the subject line "California DOD Lawsuit," officials coordinated legal filings defending the Trump administration and included a draft declaration by the Los Angeles field office director of Immigration and Customs Enforcement supporting the deployment of military forces.

The final email in the thread was from Joseph Mazzara, then-acting DHS general counsel, and he appears to be referring to an incident in which protesters tried to breach a protective line at a federal building.

On June 11, he wrote: "Every time I read about the battering ram incident I'm just floored at how wild that is."

Referring to law enforcement as "they," he continued: "They should have, when they brought the line in, just started hitting the rioters and arresting everyone that couldn't get away from them. No one likes being hit by a stick, and people tend to run when that starts happening in earnest."

The Department of Homeland Security didn't respond to requests for comment.

Mazzara was later appointed deputy commissioner of U.S. Customs and Border Protection.

Politico reported that Mazzara is among 10 staffers who followed former Homeland Security Secretary Kristi Noem to the State Department after she was fired this month from DHS and given a new role as special envoy for the Shield of the Americas.

The battering ram incident Mazzara referred to is detailed in court documents for the lawsuit.

A June 19 order from a panel judges from the 9th Circuit Court of Appeals states that Trump administration attorneys presented evidence of protesters interfering with federal officers. The protesters threw objects at ICE vehicles, "pinned down" several Federal Protective Service officers and threw "concrete chunks, bottles of liquid, and other objects," the order said.

Protesters also "used 'large rolling commercial dumpsters as a battering ram' in an attempt to breach the parking garage of a federal building," the order states.

Mazzara's comment in the email thread with other Homeland Security attorneys was given to American Oversight with a watermark showing the agency had intended to

withhold it. American Oversight also received a version of the documents with that statement redacted.



**CALIFORNIA**

**Attacks on ICE up 1,000%? Trump administration claim not backed up by court records**

Dec. 1, 2025

Chioma Chukwu, executive director of American Oversight, said it's no wonder the administration wanted to keep Mazzara's comments hidden.

"They reveal a level of hostility toward protesters that is deeply at odds with the government's obligation to protect civil liberties — and there's no FOIA exemption that justifies hiding them," she said.

Kerry Doyle, the former top ICE attorney during the Biden administration, said Mazzara's comments show a shocking carelessness about the potential for harm against both the general public and the officers he was employed to protect.

The email, she said, "seems to encourage, or, at the very least, support constitutional violations by the operators that are supposed to be getting legal counsel from him to avoid violating the law." Plus, commenting on operational strategy is outside the scope of his responsibilities, she said.

"He's doing a disservice to the people that are on the front line, that rely on him and his colleagues to give them the parameters of what they can and can't do," Doyle added. "If you give them bad legal advice, you are setting them up for liability."

Noem's removal came amid backlash against an escalation of violence during Trump's crackdown on immigration, including the shooting deaths of U.S. citizen protesters by immigration agents.

Doyle said part of the secretary's job is to set the tone for the agency so the rank and file know what is expected of them. Mazzara's comments, she said, show how that tone has permeated all facets of the agency.

After the U.S. Supreme Court cast doubt on the Trump administration's legal theory for using troops in domestic law enforcement operations, the president in December began removing the National Guard from Los Angeles and other Democratic-led cities.

The protests last summer caused significant property damage in a small section of downtown Los Angeles. But grand juries refused to indict many demonstrators accused by federal prosecutors of attacking agents, and a Times review of alleged assaults found that most incidents resulted in no injuries.

## More to Read

### L.A. feds ramp up use of 'doxing' charges as anti-ICE protesters fear chilling effect

March 6, 2026



### Trump officials' loss of credibility in ICE cases seen in court defeats

Jan. 31, 2026



### Trust in ICE plummets, even when agents target serious criminals

Jan. 30, 2026





## Sign up for the L.A. Times California Politics newsletter

Deeply reported insights into legislation, politics and policy from Sacramento, Washington and beyond. In your inbox twice per week.

Sign Me Up

 **Andrea Castillo**

Andrea Castillo covers federal immigration policy and its human consequences from Washington, D.C. She joined the newspaper in 2017, initially covering immigration from Los Angeles. Castillo's reporting focuses on enforcement, detention, the legal immigration system and the political battles shaping federal and local changes. Before joining the Los Angeles Times, she covered immigration and diverse communities for the Fresno Bee. She got her start at the Oregonian in Portland, Ore., and is a Seattle native.

Copyright © 2026, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information