TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
WILLIAM KANELLIS (Cal. Bar No. Pending)
LLOYD MASSON (Cal Bar No. 270182)
Assistant United States Attorneys
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 453-8455/(213) 894-6947
    Facsimile:  (213) 894-0141
    E-mail:     William.Kanellis@usdoj.gov
                Lloyd.Masson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:25-CR-00656-AB |
| Plaintiff, | |
| v. | GOVERNMENT'S TRIAL EXHIBIT LIST |
| ERIN PETRA ESCOBAR and NICK ELIAS GUTIERREZ, | Date:      March 3, 2026 |
| Defendant. | Time:      9:00 a.m. Location:  Courtroom of the Hon. Andre Birotte |

| EXHIBIT | DESCRIPTION | DOC ID | DATE SHOWN | DATE ADMITTED |
|---|---|---|---|---|
| 1A | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1B | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1C | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1D | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1E | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1F | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1G | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1H | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1I | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1J | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1K | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1L | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1M | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 1N | Roybal Surveillance Video | Govt. Exh. 1 | | |
| 2 | Cellphone Footage by Jeffrey Arnold | Govt. Exh. 2 | | |
| 3 | Roybal Photographs | Govt. Exh. 3 | | |
| 4 | Roybal Photographs | Govt. Exh. 4 | | |
| 5 | Roybal Photographs | Govt. Exh. 5 | | |
| 6 | Roybal Photographs | Govt. Exh. 6 | | |
| 7 | Roybal Photographs | Govt. Exh. 7 | | |
| 8 | Roybal Photographs | Govt. Exh. 8 | | |
| 9 | Roybal Photographs | Govt. Exh. 9 | | |
| 10 | Roybal Photographs | Govt. Exh. 10 | | |
| 11 | Roybal Photographs | Govt. Exh. 11 | | |
| 12 | Roybal Photographs | Govt. Exh. 12 | | |
| 13 | Escobar Inventory | Govt. Exh. 13 | | |
| 14 | Stubbs Medical Record | Govt. Exh. 14 | | |
| 15 | Photo of Defendants | Govt. Exh. 15 | | |

| 16 | Photo of Stubbs Finger | Govt. Exh. 16 | | |
| 17 | Escobar Threat Messages | Govt. Exh. 17 | | |
| 18 | Pedagogical Exhibit | Govt. Exh. 18 | | |

## EXHIBIT LIST

The government hereby respectfully submits its Exhibit List and Exhibits at the hearing before the Court on March 30, 2026 as follows:

3

Dated: March 31, 2026                    Respectfully submitted,

                                          TODD BLANCHE
                                          Deputy Attorney General

                                          BILAL A. ESSAYLI
                                          First Assistant United States
                                          Attorney

                                          ALEXANDER B. SCHWAB
                                          Assistant United States Attorney
                                          Acting Chief, Criminal Division


                                           /s/
                                          WILLIAM KANELLIS
                                          LLOYD MASSON
                                          Assistant United States Attorneys

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

4