Carlos N. Iriarte (State Bar No. 187327)
Law Office of Carlos N. Iriarte
714 W. Olympic Boulevard, Suite 718
Los Angeles, California 90015
(213) 746-6644
(213) 746-4435 Facsimile
carlosn.iriarte@gmail.com

Attorney for Defendant
NICK ELIAS GUTIERREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>ERIN PETRA ESCOBAR & NICK ELIAS GUTIERREZ,<br><br>               Defendants. | 25-CR-00656-AB-2<br><br>DEFENDANT GUTIERREZ'S MOTION FOR MISTRIAL |

TO THE HONORABLE ANDRE BIROTTE JR. & UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Based on the testimony of Federal Protective Services ("FPS") Daniel Dick's ("Dick") testimony on direct examination, Defendant NICK E. GUTIERREZ ("Gutierrez") moves for mistrial for the following reasons:

1. On March 31, 2026, on direct examination and in an orchestrated production, the Government inquired if the unavailable witness and complaining party (FPS Inspector Benjamin Mutuc) still works with him. Dick seamlessly and without reservation blurted out that Mutuc is allegedly unavailable because he has back issues

2

supposedly as a result of a protest in Santa Ana. The Government knew that Mutuc is unavailable per its filing, and that this statement, is unequivocally inadmissible and violates Gutierrez's rights to confront and cross examine his accusers in violation of the Sixth Amendment to the United States Constitution and thus, Crawford v. Washington, 541 U. S. 36 (2004), and its progeny.

2.  Furthermore, Dick's testimony on direct is saturated with inadmissible statements, yet the "bell has been rung." It is important to note that Gutierrez does not have a written report from Dick. Gutierrez has a recording for 3 minutes and 38 seconds that exclusively focuses on Gutierrez's co-defendant, except for one statement about Gutierrez. However, on direct Dick blurted out a litany of allegations against Gutierrez that are absent in the Government's discovery productions. Such "sandbagging" techniques by the Government are not in compliance with its discovery obligations and thus, Gutierrez moves for mistrial as to this reason as well.

DATED: April 1, 2026                    Respectfully submitted,


_Carlos N. Iriarte_
Carlos N. Iriarte
Attorney for Defendant
NICK E. GUTIERREZ

2