# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | 2:25-cr-00656-AB | Date | March 31, 2026 |
|---|---|---|---|

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter:  N/A

| Evelyn Chun | Laura Elias | William Kanellis<br>Lloyd Masson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Erin Petra Escobar | √ | | √ | DFPD, Samuel Owen Cross | √ | | √ |
| | | | | DFPD, Iboh Umodu | √ | | √ |
| 2) Nick Gutierrez | √ | | √ | CJA, Carlos N. Iriarte | √ | | √ |

_____ Day <u>COURT TRIAL</u>          2nd  Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1ˢᵗ day);   √  Held & continued;   _____ Completed by jury verdict/submitted to court.

√   The Jury is impaneled and sworn.

√   Opening statements made by:   Plaintiff and both Defendants

√   Witnesses called, sworn and testified.

√   Exhibits identified          √   Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____  _____ Guilty on count 1          _____ Not Guilty on count(s)

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

CR-78 (10/08)          **CRIMINAL MINUTES - TRIAL**          Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

_____ Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

√ Case continued to    April 1, 2026, at 9:00 a.m.    for further trial/further jury deliberation.

√ Other:    FPS Special Agent, Thomas Smith, and CJA Paralegal, Beatriz Garza Madora, were also present.

5 : 36

Initials of Deputy Clerk    evc

CR-78 (10/08)    **CRIMINAL MINUTES - TRIAL**    Page 2 of 2