# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | 2:25-cr-00656-AB | Date | April 1, 2026 |
|---|---|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Evelyn Chun | Laura Elias | William Kanellis<br>Lloyd Masson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Erin Petra Escobar | √ | | √ | DFPD, Samuel Owen Cross | √ | | √ |
| | | | | DFPD, Iboh Umodu | √ | | √ |
| 2) Nick Gutierrez | √ | | √ | CJA, Carlos N. Iriarte | √ | | √ |

_____ Day <u>COURT TRIAL</u>   3rd Day <u>JURY TRIAL</u>   _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   √ Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by: _____

√ Witnesses called, sworn and testified.

√ Exhibits identified   √ Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

√ Motion for mistrial by   Defendant Nick Gutierrez   is   _____ granted   √ denied   _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is   _____ granted   _____ denied   _____ submitted

_____ Closing arguments made   _____ Court instructs jury   _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

_____ Alternates excused   _____ Jury retires to deliberate   _____ Jury resumes deliberations

_____ Finding by Court as follows:   _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count 1   _____ Not Guilty on count(s)

_____ Jury polled   _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

_____  Dft #  _____  remanded to custody.    Remand/Release# _____  issd.    Dft # _____  released from custody.

_____  Bond exonerated as to Dft #  _____

√   Case continued to    April 2, 2026, at 9:00 a.m.    for further trial/further jury deliberation.

√   Other:    FPS Special Agent, Thomas Smith, and CJA Paralegal, Beatriz Garza Madora, were also present.

_____  Defendants Erin Escobar and Nick Gutierrez orally requested Motion to Dismiss with Sanctions.  The Court orders the parties to submit briefing by 7 p.m. today.

3   :   10

Initials of Deputy Clerk    evc