Samuel Cross (Bar No. 304718)
(Email: Sam_Cross@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ERIN PETRA ESCOBAR,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-CR-00656<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. EX PARTE APPLICATION TO FILE DOCUMENT IN CAMERA
 IN CAMERA
2. [PROPOSED] ORDER TO FILE DOCUMENT IN CAMERA
IN CAMERA
3. IN CAMERA DOCUMENT

**Reason:**

☐ Under Seal

☑ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| | |
|---|---|
| April 1, 2026 | Samuel Cross |
| Date | Attorney Name |
| | Erin Petra Escobar, Defendant |
| | Party Represented |

*Note:    File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING