Carlos N. Iriarte (SBN 187327)
714 W. Olympic Blvd., Suite 718
Los Angeles, CA 90015

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>NICK GUTIERREZ,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>25-CR-00656-AB-2<br><br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

1. Ex Parte Application to file document In Camera

2. [Proposed] Order to file document In Camera

3. In Camera document

**Reason:**

☐ Under Seal

☑ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

April 2, 2026
Date

Carlos N. Iriarte
Attorney Name

NICK GUTIERREZ
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING