UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | | | | |
|---|---|---|---|---|---|
| 1a. Contact Person for this Order | Courtney_Bradford | 2a. Contact Phone Number | (213) 894-4299 | 3a. Contact E-mail Address | Courtney_Bradford@fd.org |
| 1b. Attorney Name (if different) | Iboh_Umodu | 2b. Attorney Phone Number | (213) 894-7566 | 3b. Attorney E-mail Address | Iboh_Umodu@fd.org |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Iboh Umodu, DFPD (Bar No.  367345)
 Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

| | |
|---|---|
| 5. Name & Role of Party Represented | Erin Petra Escobar, Defendant |
| 6. Case Name | USA v Erin Petra Escobar, et al |
| 7a. District Court Case Number | 2:25-cr-00656-AB-1 |
| 7b. Appeals Court Case Number | |

8.  INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Laura Elias

9.  THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal ☒ Non-Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a.  HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary.  If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/2026 | 83 | AB | Jury Trial - 1st Day | ● | ○ | ○ | ○ | ● | ○ | ○ ___ | 3-Day |
| 03/31/2026 | 84 | AB | Jury Trial - 2nd Day | ● | ○ | ○ | ○ | ● | ○ | ○ ___ | 3-Day |
| 04/01/2026 | 85 | AB | Jury Trial - 3rd Day | ● | ○ | ○ | ○ | ● | ○ | ○ ___ | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ___ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ___ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**This is a 3-day Order.**

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  April 2, 2026    Signature  /s/ Iboh Umodu

G-120 (06/18)