# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:25-cr-00656-AB | | Date: | April 2, 2026 |
|---|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| Interpreter | N/A |

| Evelyn Chun | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Erin Escobar | | | √ | N/A | | | |
| 2) Nick Gutierrez | | | √ | | | | |

**Proceedings:    (IN CHAMBERS) ORDER EXONERATING BOND AS TO DEFENDANTS ERIN ESCOBAR AND NICK GUTIERREZ**

The Court hereby orders that the bond be exonerated as to Defendants Erin Petra Escobar and Nick Guiterrez immediately.

IT IS SO ORDERED.

CC: USPPO

Initials of Deputy Clerk    EVC

| CR-11 (09/98) | **CRIMINAL MINUTES - GENERAL** | Page 1 of 1 |
|---|---|---|