Name  AUSA William Kanellis; AUSA Lloyd Masson

Address  312 N. Spring St.

City, State, Zip  Los Angeles, CA 90012

Phone  (213) 894-2400

Fax  (213) 894-0141

E-Mail  william.kanellis@usdoj.gov; lloyd.masson@usdoj.gov

☐ FPD     ☐ Appointed     ☐ CJA     ☐ Pro Per     ☐ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF(S), | 2:25-cr-00656-AB |
| v. | |
| ERIN PETRA ESCOBAR, | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____United States of America_____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

~~**Civil Matter**~~

☒ Order (specify):
 Dismissal Order; CR No. 92; Filed on 4/2/26

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____4/2/2026_____. Entered on the docket in this action on __4/7/2026__.

A copy of said judgment or order is attached hereto.

4/30/2026 _____      /s/ AUSA William Kanellis; AUSA Lloyd Masson _____

Date                                                                  Signature

                                                  ☐ Appellant/ProSe     ☒ Counsel for Appellant     ☐ Deputy Clerk

**Note:**    The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

Case 2:25-cr-00656-AB    Document 92    Filed 04/02/26    Page 1 of 2    Page ID #:539

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-3

### CRIMINAL MINUTES - TRIAL

| Case No. | 2:25-cr-00656-AB | | Date | April 2, 2026 |
|---|---|---|---|---|

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter:    N/A

| Evelyn Chun | Laura Elias | William Kanellis / Lloyd Masson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Erin Petra Escobar | √ | | √ | DFPD, Samuel Owen Cross | √ | | √ |
| | | | | DFPD, Iboh Umodu | √ | | √ |
| 2) Nick Gutierrez | √ | | √ | CJA, Carlos N. Iriarte | √ | | √ |

_____ Day COURT TRIAL     __4th__ Day JURY TRIAL     _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   _____ Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by: _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified     _____ Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made   _____ Court instructs jury   _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

_____ Alternates excused   _____ Jury retires to deliberate   _____ Jury resumes deliberations

_____ Finding by Court as follows:   _____ Jury Verdict as follows:

Dft # _____ Guilty on count 1   _____ Not Guilty on count(s)

_____ Jury polled   _____ Polling waived

__√__ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Case 2:25-cr-00656-AB    Document 92    Filed 04/02/26    Page 2 of 2    Page ID #:540

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

_____  Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____  Bond exonerated as to Dft # _____

_____  Case continued to _____ for further trial/further jury deliberation.

√  Other:    FPS Special Agent, Thomas Smith, and CJA Paralegal, Beatriz Garza Madora, were also present.

_____        For reasons stated on the record, the Court dismisses the case with prejudice as to both Defendants Erin Petra Escobar and Nick Guiterrez.

                                                                              _____ :    28

                                        Initials of Deputy Clerk    evc    _____